UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INFORMATION |
| | ) | MJ# 419-00013 |
| DANIEL OPAZO | ) | |
| | ) | |
| Defendant | ) | |

### ORDER

The Government's motion to dismiss the foregoing Information without prejudice is GRANTED.

SO ORDERED, this 26th day of February, 2019.

~~HON. C. L. RAY~~ Christopher L Ray, Magistrate Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA